UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Defendant No. 1: 2019 DODGE RAM 1500 )<br>VIN: 1C6RR7KT5KS743006; )<br>)<br>Defendant No. 2: 2017 Ford Explorer )<br>VIN: 1FM5K7D85HGB20450; )<br>)<br>Defendant No. 3: A parcel of property located at )<br>29564 HUNTER ROAD, GRAVOIS MILLS, )<br>MISSOURI, with all appurtenances, improvements )<br>and attachments thereon; )<br>)<br>Defendants. )<br>) | Case No. 6:21-cv-1239-HLT-ADM<br><br>**FILED UNDER SEAL** |

**SEALED MOTION TO FILE COMPLAINT FOR FORFEITURE IN REM**
<u>**UNDER SEAL UNTIL FURTHER ORDER OF THE COURT**</u>

Comes now the United States, by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney for the District of Kansas, and respectfully moves the Court for leave to allow the United States to file a Complaint for Forfeiture In Rem in the above-captioned case under seal. In support of this motion, the United States shows the Court as follows:

1. Every court has supervisory power over its own records and files, and access has been denied where court files might become a vehicle for improper purposes. *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). Additionally, Rule 5 of the Federal Rules of Civil Procedure grants federal courts supervisory power over the filing of pleadings. Further, the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions

recognizes a court's authority to seal and/or stay notice of an action. Rule G(3)(c)(ii)(B); *U.S. v. 280 Cody Road South*, 2015 WL 631366, *1 (S.D. Ala.) (noting without discussion that the court allowed Government to file forfeiture complaint under seal and to delay notice); *United States v. Real Prop. & Residence Located at 4816 Chaffey Lane*, No. CIV.A 5:08-CV-410JMH, 2010 WL 147211 (E.D. Ky. Jan. 8, 2010).

2. The affidavit attached to the complaint for forfeiture contains bank account numbers and tax return information. In the near future, the United States intends to file an amended complaint with a redacted affidavit and, thereafter, move to unseal the amended complaint so that noticing of the complaint can commence.

3. Filing the forfeiture action at this time under seal allows the United States to meet the filing deadline set by 18 U.S.C. § 983.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court order the Complaint for Forfeiture and its related pleadings be sealed and that such not be disclosed, **except for the limited purposed of filing lis pendens in the appropriate land records office**, until further order of the Court, and to stay service of notice regarding this action while the case is sealed.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

 /s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Tel: (316) 269-6481
FAX: (316) 260-6484

KS S.Ct. No.11602
annette.gurney@usdoj.gov