UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-1239-HLT-ADM |
| Defendant No. 1: 2019 DODGE RAM 1500<br>VIN: 1C6RR7KT5KS743006; | ) ) ) |
| Defendant No. 2: 2017 Ford Explorer<br>VIN: 1FM5K7D85HGB20450; | ) ) ) |
| Defendant No. 3: A parcel of property located at<br>29564 HUNTER ROAD, GRAVOIS MILLS,<br>MISSOURI, with all appurtenances, improvements<br>and attachments thereon; | ) ) ) ) ) |
|     Defendants. | ) ) |

## AMENDED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this amended complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.    This is an *in rem* action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendants for violations of 18 U.S.C. §§ 1343 and 1957.

### THE DEFENDANTS IN REM

2. Defendants No. 1 and 2 are vehicles identified as more fully as: Defendant No. 1: 2019 Dodge Ram 1500, VIN 1C6RR7KT5KS743006; and Defendant No. 2: 2017 Ford Explorer, VIN 1FM5K7D85HGB20450.

3. Defendants No. 1 and 2 were seized by the Internal Revenue Service (IRS) on or about May 20, 2021 in the District of Kansas. The defendants are currently in the custody of the Internal Revenue Service.

4. Defendant No. 3 is real property known as 29564 Hunter Road, Gravois Mills, Missouri, and is more fully identified as:

> All of Lot 1 of CLOUD NINE, a subdivision in Morgan County, Missouri, according to the plat thereof recorded in Cabinet 5, Slide 108 and Amended Plant thereof recorded in Cabinet 5, Slide 154, on file and of record in the Office of the Recorder of Deeds, Morgan County, Missouri.
>
> Together with an undivided one-eighth (1/8th) interest in and to the well lot as shown on said Amended Plat of CLOUD NINE, a subdivision in Morgan County, Missouri.

5. Defendant No. 3 has not been seized and the United States does not request authority from the Court to seize Defendant No. 3 at this time. The United States will, as provided by 18 U.S.C. § 985(c)(1):

> A. post notice of this action and a copy of the Complaint on the defendant real property, and
>
> B. serve notice of this action on the titled owner, and any other person or entity, known to the plaintiff, who may claim an interest in Defendant No. 3, along with a copy of this Complaint, and
>
> C. file a lis pendens against Defendant No. 3.

**JURISDICTION AND VENUE**

6. Plaintiff brings this action in rem in its own right to forfeit and condemn the defendants pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

7. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355(a).

8. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

9. The defendants are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because they constitute property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957. The defendants are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343.

10. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

11. As a result of the foregoing, the defendants are liable to condemnation and forfeiture to the United States for its use, in accordance with 18 U.S.C. ' 981.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays that the Court issue a warrant for the arrest in rem of Defendants No. 1 and 2; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and

disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,  
DUSTON J. SLINKARD  
Acting United States Attorney

/s/ Annette Gurney  
ANNETTE GURNEY, #11602  
Assistant United States Attorney  
1200 Epic Center, 301 N. Main  
Wichita, Kansas 67202  
(316) 269-6481  
Fax: (316) 269-6484  
annette.gurney@usdoj.gov

## DECLARATION

I, Richard Littrell, Special Agent with the Internal Revenue Service – Criminal Investigation, have read the contents of the foregoing Amended Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of October, 2021.

*(signature)*

Richard Littrell
Special Agent, IRS-Criminal Investigation