## AFFIDAVIT IN SUPPORT OF AMENDED COMPLAINT FOR FORFEITURE

I, Richard Littrell, a Special Agent with the Internal Revenue Service – Criminal Investigation (IRS-CI), being duly sworn, declare and state:

1. I am a Special Agent with the Internal Revenue Service - Criminal Investigation (IRS-CI) and have been employed in this capacity since April 2009. I am currently assigned to the St. Louis Field Office and primarily conduct money laundering investigations as part of the Kansas City OCDETF Strike Force. My duties and responsibilities as a Special Agent include conducting criminal investigations of alleged criminal violations found in Title 18, Title 26, and Title 31 of the United State Code. During my assignment as a Special Agent with IRS-CI, I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Special Agent Basic Training program conducted by the IRS's National Criminal Investigator Training Academy. I have received extensive training in and have participated in a variety of complex financial investigations including tax fraud and money laundering. I have also received extensive training in, and conducted, search and seizure warrants. In addition to my training and experience, I hold Bachelor of Science degrees from the University of Kansas in Accounting and Business Administration and a Master's Degree from the University of Kansas in Accounting. I am also a Certified Public Accountant (Inactive) in the State of Missouri.

2. This affidavit is made in support of a Complaint for Forfeiture in Rem for the following property:

    A. A 2019 Dodge Ram 1500 pickup truck, VIN: 1C6RR7KT5KS743006;

    B. A 2017 Ford Explorer, VIN: 1FM5K7D85HGB20450; and

    C. 29564 Hunter, Gravois Mills, Missouri, also described as:

All of Lot 1 of CLOUD NINE, a subdivision in Morgan County, Missouri, according to the plat thereof recorded in Cabinet 5, Slide 108 and Amended Plant thereof recorded in Cabinet 5, Slide 154, on file and of record in the Office of the Recorder of Deeds, Morgan County, Missouri.

Together with an undivided one-eighth (1/8th) interest in and to the well lot as shown on said Amended Plat of CLOUD NINE, a subdivision in Morgan County, Missouri.

3. The information provided is based on my personal knowledge and observation during this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other evidence obtained during the investigation.

## INTRODUCTION

4. Joseph Campbell owned several real estate, development, sales, and asset acquisition businesses, including, among others, Titan Fish One, LLC; Titan Fish Two, LLC; Titan Fish Partners, LLC; Ewing III Land Company, LLC; Pate-Campbell Properties, Inc., and Kansas City Cattle Company, LLC.

5. According to records obtained from the Kansas Secretary of State:

A. Titan Fish One, LLC ("TF1") was organized on October 1, 2014, with Campbell listed as its registered agent and organizer.

B. Titan Fish Two, LLC ("TF2") was organized on March 4, 2015, with Campbell listed as its registered agent and organizer.

C. Titan Fish Partners, LLC ("TFP") was organized on January 10, 2017, with Campbell listed as its registered agent and organizer.

D. Ewing III Land Company LLC ("Ewing") was organized on August 19, 2009, with Campbell identified as its owner in its annual reports.

E. Pate-Campbell Properties, Inc. ("Pate") was registered as a corporation with the Kansas Secretary of State in 2001 and its status was forfeited in October 2020 for failure to file its annual report. Campbell was listed as its director, president, and secretary.

F. Kansas City Cattle Company, LLC was organized on October 1, 2014, with Campbell listed as the registered agent and organizer and its status was forfeited on July 15, 2016 for failure to file its annual report.

## THE CARES ACT

6. The CARES Act, is an economic stimulus package passed and signed into law in response to the economic decline caused by the COVID-19 pandemic in the United States.

## EMERGENCY INJURY DISASTER LOANS

7. The CARES Act, in conjunction with an officially declared disaster by the United States Government, allowed for the Small Business Administration (SBA) to offer Emergency Injury Disaster Loan (EIDL) funding to business owners negatively affected by the COVID-19 pandemic. Using the SBA online portal, EIDL applicants submit personal and business information in support of each EIDL application. Applicants do not have to submit supporting documentation of any sort with their application.

8. The application includes a jurat-like paragraph where the applicant affirms that the information submitted is true and correct under the penalty of perjury and applicable criminal statutes. The application process involves filling out assorted data fields relating to the size of the affected business entity, the ownership of said business, and other information such as the number of employees and gross business revenues realized in the 12 months prior to COVID-19 impact on the national economy. This information, submitted by the applicant, is then used by SBA systems to calculate the principal amount of money the small business is eligible to receive in the form of an EIDL.

9. The SBA Office of Disaster Assistance (ODA) has authority over all loans created and disbursed under the EIDL program. EIDL principal proceeds are solely funded by the SBA

and are disbursed from government-controlled accounts maintained with the U.S. Treasury at Federal Reserve Banks throughout the United States.

10. Pursuant to the provisions governing the EIDL program, loan proceeds must be used by the applicant business on certain permissible expenses. The EIDL loans may be used by the afflicted business, which must have existed in an operational condition on February 1, 2020, to pay fixed debts, payroll, accounts payable, and other bills that could have been paid had the COVID-19 disaster not occurred.

## EIDL LOAN APPLICATIONS

11. According to SBA records, Campbell submitted the following EIDL applications:

| Business: Trade Name | Application Number | Submission Date | Status |
|---|---|---|---|
| Titan Fish One, LLC | 3300557154 | 3/31/2020 | Duplicate |
| Crossings Of Springhill, LLC | 3300801916 | 3/31/2020 | Declined |
| **Pate-Campbell Properties, Inc.** | **3300822511** | **3/31/2020** | **Funded** |
| Ewing 3 Development, LLC | 3300834231 | 3/31/2020 | Duplicate |
| **Ewing III Land, LLC** | **3300839519** | **3/31/2020** | **Funded** |
| **Titan Fish One, LLC** | **3300849124** | **3/31/2020** | **Funded** |
| **Kansas City Cattle Co., LLC** | **3300857165** | **3/31/2020** | **Funded** |
| Titan Fish Two, LLC | 3300863442 | 3/31/2020 | Duplicate |
| Jacobson-Campbell Excavation, Inc. | 3300867520 | 3/31/2020 | Duplicate |
| Rockwood At Prairie Highlands, LLC | 3300872216 | 3/31/2020 | Duplicate |
| CML-2015-TF, LLC | 3301073417 | 4/1/2020 | Duplicate |
| Titan Fish One LLC MBR | 3301091393 | 4/1/2020 | Duplicate |
| Terra Vista Development, LLC | 3301303738 | 4/1/2020 | Duplicate |
| Crossings Of Springhill, LLC | 3304368284 | 6/10/2020 | Pending |
| CML 2015-MM-TF, LLC | 3314158422 | 9/1/2020 | Duplicate |
| CML 2015-MM-TF, LLC | 3314158574 | 9/1/2020 | Duplicate |
| Titan Fish Four, LLC | 3314158706 | 9/1/2020 | Duplicate |
| Tu Hogar En Los Cruces, LLC | 3314190968 | 9/2/2020 | Duplicate |
| Titan Fish Three, LLC | 3314191498 | 9/2/2020 | Duplicate |
| **Titan Fish Partners, LLC** | **2000522421** | **3/23/2020** | **Funded** |

4

12. As noted in the chart above, some of the loans were not processed due to the SBA computer system determining that the loans were duplicates due to the similar identifying information listed on the applications.

13. Five of the applications were approved and are summarized as follows:

| Business Trade Name | Application Number | Loan Number | Loan Amount Approved | Grant Amount Paid | Deposit Location |
|---|---|---|---|---|---|
| Pate-Campbell Properties, Inc. | 3300822511 | 5327657409 | $32,100 | $1,000 | Community First Bank account #x1441 for Titan Fish One |
| Ewing III Land, LLC | 3300839519 | 5043527403 | $150,000 | $1,000 | Community First Bank account#x8025 for Ewing III Land Company |
| Titan Fish One, LLC | 3300849124 | 6310157410 | $150,000 | None | Community First Bank account #x1441 for Titan Fish One |
| Kansas City Cattle Co., LLC | 3300857165 | 5306287406 | $104,300 | $1,000 | Community First Bank account #x1441 for Titan Fish One |
| Titan Fish Partners, LLC | 2000522421 | 1180917400 | $500,000 | None | Community First Bank account #x5021 for Titan Fish Partners |
| **TOTALS** | | | $936,400 | $3,000 | |

14. Once the SBA EIDL applications were approved, the SBA's Denver Finance Center with servers located in Denver, Colorado, created payment files and authorized payments of the EIDL funds based on the approved applications.

15. All EIDL payments are processed by the Treasury Department's Bureau of Fiscal Service, located in Kansas City, Missouri.

**Pate-Campbell Properties, Inc.'s EIDL Loan**

16. Application # 3300822511 for Pate-Campbell Properties, Inc. was submitted on March 31, 2020. The loan was initially denied as it appeared to be a duplicate application.

17. On April 21, 2020, Campbell was informed that a different EIDL application for Terra Vista Development was denied due to his admission that Terra Vista Development

5

was a real estate development and that developments were not eligible for EIDL due to their speculative nature.

18. Terra Vista Development, LLC was formed on May 1, 2000, by Campbell for the purpose of, "promoting, conducting and engaging in the construction and development business," per the Articles of Incorporation filed with the Kansas Secretary of State.

19. Notes made by Heather Jordan of the SBA on May 7, 2020, indicate that she spoke with Campbell regarding the Pate-Campbell loan application and Campbell told her that Pate-Campbell was a custom home builder and that they do not build spec homes. An internet search shows that custom homes are a site-specific home built from a unique set of plans for a specific client. Spec homes are built by builders (developers) who buy a lot or land, build a house, and then sell the home. The Pate-Campbell website (www.patecampbell.com) shows they have nine developments including: Maple Crest, Willowbrooke Villas, Rockwood, Metcalf Financial Plaza, Asbury Villas, Polo Fields, Persimmon Court, Oakwoods, and Crossing at Spring Hill. The website states that Pate-Campbell properties is, "a land development company creating residential communities as well as innovative commercial sites." The articles of incorporation for Pate-Campbell state that they are organized to engage in, "construction and development." Based on the information from the articles of incorporation and their website, Pate-Campbell appears to be a real estate developer and not a custom home builder and, as such, would not be eligible for EIDL funds.

20. This loan was ultimately approved and $32,000 was deposited on May 22, 2020, into account ending #x1441 at Community First Bank in the name of Titan Fish One, LLC.

**Ewing III Land, LLC. Loan**

21. Application #3300839519 for Ewing III Land, LLC was submitted on March 31, 2020. The loan was initially denied as it appeared to be a duplicate application.

22. Notes made by Heather Jordan of the SBA on May 7, 2020, indicate that she spoke with Campbell regarding the Ewing III Land loan. Jordan noted that after several conversations with Mr. Campbell and his CFO, it was determined that this application was not a duplicate as Ewing III constructs warehouse space at locations that support BNSF Intermodal in Gardner, Kansas and that Ewing III does not subdivide real property into lots to develop.

23. According to information I received from BNSF, the company has no record of doing business with Campbell.

24. Ewing III Land Company, LLC was formed on August 20, 2009, by Campbell for the purpose of "investing in and developing real estate" per the Articles of Incorporation filed with the Kansas Secretary of State. As an investment or development company, Ewing III Land Company LLC, would not be eligible for EIDL funds.

**Titan Fish One, LLC**

25. Application #3300849124 for Titan Fish One, LLC was submitted on March 31, 2020. This loan was initially considered a duplicate.

26. Notes made by Heather Jordan of the SBA on May 11, 2020 indicate that she spoke with Campbell regarding the Titan Fish One loan. Jordan noted that based on previous conversations she understood Titan Fish One LLC and Titan Fish Partners LLC to be the same entity. Campbell told Jordan this was not true and that they were separate entities as Titan Fish Partners is a construction company and Titan Fish One LLC is a separate entity that constructs roads and utility hooks ups for unrelated third-party entities.

27. This loan was approved and $149,900 was deposited on May 22, 2020, into account ending #x1441 at Community First Bank in the name of Titan Fish One, LLC.

**Kansas City Cattle Co. LLC**

28. Application #3300857165 for Kansas City Cattle Co. LLC was submitted on March 31, 2020. The application listed gross revenues for the twelve months prior to the date of the disaster (January 31, 2020) of $9,341 and cost of goods sold of $3,894. This loan was initially considered a duplicate but was updated once it was determined this was an agricultural business with a 12-month cost of operations of $210,414.

29. Kansas Secretary of State records show that Kansas City Cattle Co. LLC's entity status was forfeited on July 15, 2016, for failing to file annual reports.

30. On April 30, 2020, Heather Jordan, a Loan Officer with the SBA, sent an e-mail to an SBA colleague that indicates that she had learned from Campbell that Kansas City Cattle Co is an entity that raises cattle.

31. The 2019 Individual Income Tax Return that Campbell submitted to the SBA listed Kansas City Cattle Co sales of $168,311, $0 cost of goods sold, and expenses of $65,728.

32. This loan was approved and $104,200 was deposited on May 22, 2020, into account ending #x1441 at Community First Bank in the name of Titan Fish One, LLC.

**Titan Fish Partners**

33. Application #2000522421 for Titan Fish Partners was received by the SBA on March 23, 2020.

34. On April 3, 2020, Campbell opened account #xxxxx3114 at Union Bank & Trust for Titan Fish Partners. The signature card that Campbell signed stated that the nature of business for Titan Fish Partners was "Real Estate."

35. In conversations with Campbell and with Campbell's CFO, SBA Loan Officer Heather Jordan understood Titan Fish Partners to be a construction company that builds custom homes on property that is owned by Titan Fish Two. This was documented in an e-mail that Jordan sent to another SBA employee who was reviewing Campbell's loan file for Titan Fish Partners dated April 30, 2020.

36. This loan was approved and $500,000 was deposited on May 12, 2020, into account xxxxx3114 at Community First Bank in the name of Titan Fish Partners, LLC. The payment from SBA indicated the payment was for SBA loan #1180917400.

## EIDL TAX RETURNS SUBMITTED

37. SBA records show that at the time Campbell applied for the EIDL loans, he had not filed his 2019 tax return.

38. Due to the numerous similar EIDL applications submitted, Campbell was required to submit tax returns to the SBA. Copies of 2019 Forms Schedule C, Profit or Loss From Business for Titan Fish Partners LLC and Titan Fish One, LLC were provided by Campbell. Two different Schedules C were provided for Titan Fish One, LLC. Both Schedules C for Titan Fish One listed different employer ID numbers, gross receipts, cost of goods sold (COGS), expenses, and net profit. One Schedule C listed that Titan Fish One is a consulting company and the other Schedule C listed that Titan Fish One is a real estate company. The Schedules C are summarized as follows:

| Tax Year | Entity | Gross Receipts | COGS | Expenses | Net Profit |
|---|---|---|---|---|---|
| 2019 | Titan Fish One (real estate) | $4,232,890 | $2,162,082 | $847,799 | $1,223,009 |
| 2019 | Titan Fish One LLC (consulting) | $1,392,604 | $ 17,637 | $405,455 | $ 969,512 |
| 2019 | Titan Fish Partners | $ 498,204 | $ 10,200 | $283,004 | $ 205,000 |
| | | | | Total profit | $2,397,521 |

9

39. These tax forms were required due to the SBA believing that Titan Fish Partners and Titan Fish One were the same business. Campbell spoke with the SBA and stated that they were separate entities and provided the tax forms as documentation. The SBA informed Campbell that the tax return transcript from the IRS for Campbell's 2019 return showed that it had not been filed with the IRS and that they were placing some of his applications on hold.

40. In addition to the Schedules C that Campbell provided for Titan Fish One and Titan Fish Partners, Campbell provided the SBA with a complete 2019 Form 1040 that included Schedules C. The Schedules C provided with the complete tax return are different from the Schedules C separately provided for Titan Fish One and Titan Fish Partners.

| Entity | Source | Gross Receipts | COGS | Expenses | Net Profit |
|---|---|---|---|---|---|
| Titan Fish One LLC (consulting) | Schedule C only | 1,392,604 | 17,637 | 405,455 | 969,512 |
| Titan Fish One LLC (consulting) | Complete Form 1040 | 992,604 | 477,637 | 405,455 | 109,512 |
| Titan Fish Partners | Schedule C only | 498,204 | 10,200 | 283,004 | 205,000 |
| Titan Fish Partners | Complete Form 1040 | 498,204 | 10,200 | 739,986 | (251,982) |

41. The differences between the Schedules C submitted to SBA with the complete 2019 Form 1040 U.S. Individual Income Tax Return to SBA and the separately submitted Schedules C are noted as follows:

> A. The gross receipts for Titan Fish One have the same first five digits of 92604 but the amounts differ from $1,392,604 to $992,604, a difference of $400,000.
>
> B. Cost of goods sold (COGS) for Titan Fish One have the same first four digits of 7637 but the amounts differ from $477,637 to $17,637, a difference of $460,000.
>
> C. The net profits for Titan Fish One have the same first four digits of 9512 but the amounts differ from $969,512 to $109,512, a difference of $860,000.

D. The gross receipts and COGS for Titan Fish Partners are the same on both forms, $498,204 and $10,200, respectively. However, the expenses for Titan Fish Partners differs from $739,986 to $283,004, a difference of $456,982. This difference in expenses results in the net profit for Titan Fish Partners differing from $205,000 to ($251,982), a difference of $456,982.

42. In addition to the differences between the Schedules C that Campbell submitted to SBA for Titan Fish One and Titan Fish Partners, there are differences between the tax returns and schedules submitted to SBA and the amounts listed on the EIDL loan applications submitted by Campbell.

43. The Ewing III Land Company EIDL application and 2019 Schedule C list the following:

| Source | Gross Receipts | COGS | Expenses | Net Profit |
| --- | --- | --- | --- | --- |
| EIDL Application | $584,642 | $51,073 | $558,850 | ($25,281) |
| 2019 Tax Return | $206,080 | $51,073 | $425,244 | ($270,237) |
| Difference | $378,562 | 0 | $133,606 | $244,956 |

44. The Kansas City Cattle Co. application and 2019 Schedule C list the following:

| Source | Gross Receipts | COGS | Expenses | Net Profit |
| --- | --- | --- | --- | --- |
| EIDL Application | $ 9,341 | $3,894 | $ 0 | $ 5,447 |
| 2019 Tax Return | $168,311 | 0 | $65,728 | $102,583 |
| Difference | $158,970 | $3,894 | $65,728 | $97,136 |

45. The Pate-Campbell Properties application and 2019 Schedule C list the following:

| Source | Gross Receipts | COGS | Expenses | Net Profit |
| --- | --- | --- | --- | --- |

11

| | | | | |
|---|---|---|---|---|
| EIDL Application | $78,714 | $12,515 | $ 0 | $66,199 |
| 2019 Tax Return | $351,478 | $152,618 | $47,740 | $151,120 |
| Difference | $272,764 | $140,103 | $47,740 | $84,921 |

46. The Titan Fish One application and 2019 Schedule C list the following:

| Source | Gross Receipts | COGS | Expenses | Net Profit |
|---|---|---|---|---|
| EIDL Application | $1,407,604 | $17,637 | $404,554 | $985,413 |
| 2019 Tax Return* | $992,604 | $477,637 | $405,455 | $109,512 |
| Difference | $415,000 | $460,000 | $901 | $875,901 |

*As noted above, in addition to the complete 2019 Form 1040, U.S. Individual Income Tax Return, Campbell also submitted individual 2019 Schedules C that contain different figures.

47. In summary, Campbell submitted amounts to the SBA listing gross receipts, COGS, expenses, and net profit with each EIDL application. The amounts listed on the EIDL applications are different from the amounts listed on the Schedules C provided to SBA. Campbell also submitted various Schedules C in support of different loans throughout the application process, with significantly different amounts.

## EIDL FINANCIAL ACCOUNTS

48. As stated above, the following EIDL loans were approved for Campbell.

| Business Trade Name | Application Number/ Loan Number | Date Paid | Loan Amount Paid | Grant Amount Paid | Deposit Location |
|---|---|---|---|---|---|
| Pate-Campbell Properties, Inc. | 3300822511 5327657409 | 5/22/2020 | $32,000 | $1,000 | Community First Bank account #x1441 for Titan Fish One |
| Ewing III Land, LLC | 3300839519 5043527403 | 5/22/2020 | $149,900 | $1,000 | Community First Bank account#x8025 for |

| | | | | | Ewing III Land Company |
|---|---|---|---|---|---|
| Titan Fish One, LLC | 3300849124 6310157410 | 5/22/2020 | $149,900 | None | Community First Bank account #x1441 for Titan Fish One |
| Kansas City Cattle Co., LLC | 3300857165 5306287406 | 5/22/2020 | $104,200 | $1,000 | Community First Bank account #x1441 for Titan Fish One |
| Titan Fish Partners, LLC | 2000522421 1180917400 | 5/12/2020 | $500,000 | Unknown | Community First Bank account #x5021 for Titan Fish Partners |
| TOTALS | | | $936,000 | $3,000 | |

**Community First Account #x1441 for Titan Fish One**

49. Campbell opened commercial checking account #x1441 at Community First Bank styled in the name of Titan Fish One LLC on October 24, 2014.

**Community First Account #x8025 for Ewing III Land Company**

50. Campbell opened commercial checking account #x8025 at Community First Bank styled in the name of Ewing III Land Company, LLC on May 25, 2012.

**Community First Account #x5021 for Titan Fish Partners**

51. Campbell opened commercial checking account #x5021 at Community First Bank styled in the name of Titan Fish Partners, LLC on January 30, 2017.

**EIDL FINANICAL TRANSACTIONS**

52. Pursuant to the provisions governing the EIDL program, loan proceeds must be used by that business on certain permissible expenses including fixed debts, payroll, accounts payable, and other bills that could have been paid had the COVID-19 disaster not occurred.

53. On May 12, 2020, a deposit of $500,000 in EIDL funds was received into account #x5021 for Titan Fish Partners. Before the EIDL funds were received, there was a balance of $22,053.61 in account #x5021. On May 22, 2020, deposits of disbursed EIDL loan funds of

$32,000 (Pate-Campbell), $104,200 (Kansas City Cattle Co.), and $149,900 (Titan Fish One) were received into Titan Fish One's account #x1441. Before the EIDL deposits were received, there was a $1,034.69 balance in account #x4114. On May 22, 2020, a deposit of $149,900 in EIDL funds was received into account #x8025 for Ewing III Land, LLC. Before the EIDL deposit was received, there was a $1,158.51 balance in account #x8025. After receiving the EIDL funds on May 12 and May 22, 2020 totaling $939,000, Campbell immediately begin transferring funds between accounts at Community First Bank. These transfers show that the funds were not used for allowable expenses for the entity receiving the EIDL loan.

54. On May 13, 2020, Campbell was issued a cashier's check for $36,000 payable to Olathe Dodge. Titan Fish Partners' account #x5021 was debited for the $36,000 used to purchase this cashier's check. Records from Olathe Dodge shows that a 2019 Dodge Ram 1500 with VIN: 1C6RR7KT5KS743006 was purchased by Titan Fish Partners for $42,334.31 less a $9,750 rebate. Cashier's check #112396 from Community First Bank in the amount of $36,000 was paid to Olathe Dodge from Titan Fish Partners. My review of the bank statements where EIDL loans were received and the tracing of these funds, show that this vehicle was purchased with EIDL funds.

55. On May 26, 2020, a wire transfer was sent from Community First Bank account #x8025 for Ewing III to Sunrise Abstracting & Title Serv for $87,849.41. Records from Sunrise Abstracting reveal that this payment was to purchase 59564 Hunter, Gravois Mills, MO 65037, a lake house at the Lake of the Ozarks. Sunrise Abstracting lists the purchaser as the Laura J. Campbell Revocable Trust. E-mails show that e-mail address JCampbell@titanfish.com was communicating with Sunrise Abstracting and a realtor regarding the payment of funds and

executed documents. My review of the bank statements where EIDL loans were received and the tracing of these funds, show that this parcel of real property was purchased with EIDL funds.

56. On July 3, 2020, Campbell was issued a cashier's check for $22,334.81 payable to Olathe Ford. Titan Fish Partners' account #x5021 was debited for the $22,334.81 used to purchase this cashier's check. Records from Olathe Ford shows that Campbell purchased a 2017 Ford Explorer with his daughter, Anna Campbell, using this cashier's check. My review of the bank statements where EIDL loans were received and the tracing of these funds, show that this vehicle was purchased with EIDL funds.

**SUMMARY**

57. Campbell filed applications for EIDL loans and submitted different income and expense figures between different applications and tax returns. In addition to submitting applications that contained false items, Campbell did not use the EIDL funds as required, instead using them to purchase the three assets identified in paragraph 2.

**CONCLUSION**

58. Based on the information set forth in this affidavit, there is probable cause to believe Campbell committed violations of wire fraud (18 U.S.C. § 1343) and money laundering (18 U.S.C. § 1957). Further, there is probable cause to believe that the vehicles and real property identified in paragraph 2 were purchased with proceeds derived or obtained from the wire fraud violations. Accordingly, the vehicles and real property are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). Further, the vehicles and real property constitute property involved in violations of 18 U.S.C. §1957. Accordingly, the vehicles and property are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

Respectfully submitted,

Richard Littrell
Special Agent, IRS-Criminal Investigation

Subscribed to and sworn to before me this 9th day of October 2021.

Monica Herrenbruck
Notary Public

MONICA HERRENBRUCK
Notary Public, State of Kansas
My Appointment Expires
04/16/2023