UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-1239-HLT-ADM |
| | ) | |
| Defendant No. 1: 2019 DODGE RAM 1500 | ) | |
| VIN: 1C6RR7KT5KS743006; | ) | |
| | ) | |
| Defendant No. 2: 2017 Ford Explorer | ) | |
| VIN: 1FM5K7D85HGB20450; | ) | |
| | ) | |
| Defendant No. 3: A parcel of property located at | ) | |
| 29564 HUNTER ROAD, GRAVOIS MILLS, | ) | |
| MISSOURI, with all appurtenances, improvements | ) | |
| and attachments thereon; | ) | |
| | ) | |
| Defendants. | ) | |

## **UNITED STATES' MOTION TO PARTIALLY UNSEAL CASE**

Comes now the United States by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves the Court for an order partially unsealing this case. The relief sought in this motion is to unseal this case and all documents filed in this matter except for Doc. 1, which is the Complaint (Doc. 1) and its attachment. In support of its motion, the United States shows the Court as follows:

1. This civil forfeiture case was filed under seal on October 1, 2021. (Doc. 1).

2. The United States asked that the case be sealed in order to allow time to file an amended complaint with a redacted affidavit to prevent the public disclosure of filed tax return information and bank account numbers. (Doc. 3).

3. The civil forfeiture case was sealed pursuant to the Court's order entered on October 4, 2021. (Doc. 4). In this order, the Court directed the United States to file its amended complaint by October 12, 2021 and, thereafter, to file a motion to unseal the amended complaint. (Doc. 4).

4. The amended complaint was filed under seal on October 12, 2021. (Doc. 5).

5. The United States then moved to partially unseal the case while leaving documents No. 1 – 3 under seal. (Doc. 6). The Court denied this motion without prejudice subject to refiling the motion by October 15, 2021, to provide the basis for its request for maintaining filed documents No. 2 and 3 under seal. (Doc. 7).

6. In this motion, the United States respectfully requests that this case be unsealed, and that all documents be unsealed, except for the Complaint (Doc. 1) and its attached affidavit. The affidavit attached to the Complaint (Doc. 1) contains filed tax return information and bank account numbers that show more than four digits, which is why the United States requests that it remain sealed.

7. Should someone file a claim and answer in this case and move for disclosure of the sealed complaint, the United States will seek an appropriate protective order from the Court.

WHEREFORE, for the reasons stated above, the United States respectfully moves for an order unsealing this case and all documents filed in this case, except for the Complaint (Doc. 1).

Respectfully submitted,

Duston J. Slinkard
Acting United States Attorney

/s/ Annette Gurney
Annette Gurney #11602
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202

(316) 269-6481  
FAX: (316) 269-6484  
annette.gurney@usdoj.gov