IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**Defendant No. 1: 2019 DODGE RAM 1500**<br>**VIN: 1C6RR7KT5KS743006,**<br><br>**Defendant No. 2: 2017 Ford Explorer**<br>**VIN: 1FM5K7D85HGB20450,**<br><br>      **Defendants.** | Case No. 6:21-cv-01239-HLT |

## WARRANT OF ARREST IN REM AND ORDER FOR NOTICE

TO THE SPECIAL AGENTS OF THE UNITED STATES INTERNAL REVENUE SERVICE OF THE DISTRICT OF KANSAS AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

The United States of America filed a verified complaint alleging that Defendants 1 and 2 are property subject to seizure and forfeiture to the United States of America. The Court has reviewed the verified complaint and finds that probable cause exists that Defendants 1 and 2 are subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C). *See* Rule G(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure.

THE COURT THEREFORE ORDERS that you are commanded to arrest and seize Defendants 1 and 2, and to use discretion and whatever means appropriate to protect and maintain Defendants 1 and 2 until further order of the Court.

THE COURT FURTHER ORDERS that you are commanded to provide notice of this action to all persons thought to have an interest in or claim against Defendants 1 and 2 by sending to such person, or to the attorney representing such person with respect to the seizure of Defendants

1 and 2, a copy of this warrant of arrest in rem, and the verified complaint, in a manner consistent with the principles of service of process of an action in rem under Rule G(4).

This warrant provides notice that in order to avoid civil forfeiture of the property, any person claiming an interest in, or right against, the property must file a claim in this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. The claim shall identify the specific defendant claimed, identify the claimant, and state the claimant's interest in the defendant, be signed by <u>the claimant</u> under penalty of perjury, and a copy served on the government attorney handling the case. A claimant shall file his or her claim no later than **thirty-five (35)** days after the date notice is sent; but if direct notice was not sent to the claimant or the claimant's attorney, a claim shall be filed no later than **sixty (60)** days after the first day of publication on an official government internet forfeiture site or within the time the Court allows, provided any request for an extension of time from the Court is made before the expiration of time which the person must file such verified claim. <u>In addition</u>, any person having filed such claim shall also serve and file an answer to the complaint no later than **twenty-one (21)** days after the filing of the claim.

All claims, answers, and motions for or concerning Defendants 1 and 2 shall be filed with the Office of the Clerk, United States District Court, 401 N. Market, Room 204, Wichita, Kansas 67202, with copies thereof sent to Assistant United States Attorney Annette Gurney, 301 N. Main, Suite 1200, Wichita, Kansas 67202.

IT IS SO ORDERED.

Dated: October 21, 2021          /s/ *Holly L. Teeter*
                                 HOLLY L. TEETER
                                 UNITED STATES DISTRICT JUDGE