UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-1239-HLT-ADM |
| Defendant No. 1: 2019 DODGE RAM 1500 VIN: 1C6RR7KT5KS743006 | ) ) ) |
| Defendant No. 2: 2017 Ford Explorer VIN: 1FM5K7D85HGB20450 | ) ) ) |
| Defendant No. 3: A parcel of property located at 29564 HUNTER ROAD, GRAVOIS MILLS, MISSOURI, with all appurtenances, improvements And attachments thereon; | ) ) ) ) ) |
| Defendants. | ) ) |

**ANSWER OF CLAIMANTS
TITAN FISH PARTNERS, LLC, JOSEPH W. CAMPBELL, AND LAURA J.
CAMPBELL TRUSTEE OF THE LAURA J. CAMPBELL REVOCABLE TRUST TO
PLAINTIFF'S AMENDED COMPLAINT FOR FORFEITURE IN REM**

COME NOW, Claimants Titan Fish Partners, LLC, Joseph W. Campbell, and Laura J. Campbell Trustee of the Laura J. Campbell Revocable Trust ("Claimants"), by and through undersigned counsel of record, Mark E. McFarland of Hinkle Law Firm, LLC and for their Answers to Plaintiff's Amended Complaint for Forfeiture in Rem, state the following:

**NATURE OF THE ACTION**

1. In response to paragraph 1, Claimants deny any wrongful acts that would give rise to a cause of action against them, but admit that this is an *in rem* action to forfeit and condemn to the use and benefit of the United States of America.

**THE DEFENDANTS IN REM**

2. Claimants admit the allegations contained in paragraph 2 of the Amended Complaint.

3. Claimants admit the allegations contained in paragraph 3 of the Amended Complaint.

4. Claimants admit the allegations contained in paragraph 4 of the Amended Complaint.

5. Claimants are without sufficient information or knowledge to admit or deny the allegations and averments of paragraph 5, including subparts (a) – (c) of the Amended Complaint and, therefore, deny the same.

## JURISDICTION AND VENUE

6. In response to paragraph 6, Claimants deny any wrongful acts that would give rise to a cause of action against them, but admit that the United States of America brings this action under 18 U.S.C. §§ 981(a)(1)(A) and (C).

7. In response to paragraph 7, Claimants deny any wrongful acts that would give rise to a cause of action against them, but admit that jurisdiction is proper in this Court.

8. In response to paragraph 8, Claimants deny any wrongful acts that would give rise to a cause of action against them, but admit that venue is proper in this Court.

## BASIS FOR FORFEITURE

9. Claimants deny the allegations and averments contained in paragraph 9 of the Amended Complaint.

10. In response to paragraph 10 of the Amended Complaint, Plaintiff's allegations are not allegations of fact, but are conclusions of law and do not require a response. In the event that this allegation would require admission or denial, Claimants deny paragraph 10 of the Amended Complaint. In further response, Claimants specifically deny each and every allegation of fact or conclusion of law contained in Special Agent, IRS-Criminal Investigation Richard Littrell's Affidavit attached as Exhibit A to the Amended Petition unless expressly admitted herein.

11. Claimants deny the allegations and averments contained in paragraph 11 of the Amended Complaint.

12. In further responding, Claimants incorporate every affirmative and other defense as set forth below.

WHEREFORE, having fully answered the Amended Complaint, Claimants respectfully request Plaintiff's Amended Complaint be dismissed and that Claimants be awarded their costs incurred herein and any other and further relief as this Court deems just and proper.

## ADDITIONAL RESPONSES AND DEFENSES

13. Claimants specifically deny each and every allegation of fact or conclusion of law contained in Plaintiff's Amended Complaint unless expressly admitted herein.

14. Further answering and by way of affirmative defense, Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted against Claimants.

15. The defendant property was seized in violation of Fourth Amendment protection against unreasonable search and seizures as incorporated in the due process clause of the Fourteenth Amendment of the United States Constitution.

16. Claimants deny any intent, action, or scheme to defraud.

17. Claimants deny obtaining money or property by means of false or fraudulent pretenses, representations, or promises.

18. Claimants deny any interstate wire communication with the intent, purpose, or action to defraud.

19. Claimants deny any intent, action, or purpose to use wire communications to execute a scheme to defraud.

20. Claimants deny that any of the defendants were criminally derived property.

21. Claimants deny knowing, acting, or intending to criminally derive property.

22. Claimants reserve the right to assert such other affirmative defenses as may become known during discovery or trial of this matter.

WHEREFORE, for the above and foregoing reasons, Claimants respectfully submit that the Amended Complaint should be denied, judgment entered in favor of Claimants, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219
913-345-9205/ FAX: 913-345-4832

By  /s/ *Mark E. McFarland*
 Mark E. McFarland,       #14138
 mmcfarland@hinklaw.com
Attorney for Claimants Titan Fish Partners, LLC, Joseph W. Campbell, and Laura J. Campbell Trustee of the Laura J. Campbell Revocable Trust

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing system which will send a notice of the electronic filing to all those who have registered for service and also emailed a copy to the following:

Annette Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov
ATTORNEY FOR PLAINTIFF

              /s/  Mark E. McFarland
              ATTORNEY FOR CLAIMANTS