**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-1239-HLT-ADM |
| | ) |
| Defendant No. 1: 2019 DODGE RAM 1500 | ) |
| VIN: 1C6RR7KT5KS743006 | ) |
| | ) |
| Defendant No. 2: 2017 Ford Explorer | ) |
| VIN: 1FM5K7D85HGB20450 | ) |
| | ) |
| Defendant No. 3: A parcel of property located at | ) |
| 29564 HUNTER ROAD, GRAVOIS MILLS, | ) |
| MISSOURI, with all appurtenances, improvements | ) |
| And attachments thereon; | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO STAY THIS CIVIL FORFEITURE CASE**
**PENDING THE OUTCOME OF A RELATED CRIMINAL INVESTIGATION**

COME NOW, Claimants, Joseph W. Campbell, Laura J. Campbell, as Trustee of the Laura J. Campbell Revocable Trust, and Titan Fish Partners, LLC, through their undersigned counsel of record, respectfully move the Court pursuant to 18 U.S.C. § 981(g)(2), to stay these proceedings pending the outcome of a pending criminal investigation involving the subject matter of the civil forfeiture. As grounds for this motion, Claimants state the following:

1. Assistant United States Attorney, Ms. Annette Gurney has advised that a criminal investigation involving the Claimants in this civil forfeiture action is pending.

2. Claimants have standing to file claim in this forfeiture case. Joseph W. Campbell asserts an interest in the Defendant property, namely 2017 Ford Explorer, VIN: 1FM5K7D8HGB20450 on the basis that Joseph W. Campbell is a title owner. (Doc. 11). Laura J. Campbell Revocable Trust asserts an interest in Defendant property, namely 29564 Hunter Road, Gravois Mills, Missouri 65037 on the basis that the Laura J. Campbell Revocable Trust is the owner. (Doc. 13). Titan Fish Partners, LLC asserts an interest

in the Defendant property, namely 2019 Dodge Ram 1500, VIN: 1C6RR7KT5KS743006 on the basis that Titan Fish Partners, LLC is the title owner. (Doc. 12).

3. Continuation of this forfeiture case during the pendency of the criminal investigation will burden Claimants' privilege against self-incrimination should the related criminal investigation result in a criminal prosecution.

4. Claimants' undersigned counsel has conferred with the Assistant United States Attorney, Ms. Annette Gurney, and she does not oppose this stay.

5. Because both this civil action and the criminal investigation presumably arise from the same factual allegations, if civil discovery proceeds at this time, Claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue this claim to the defendant property or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves should the pending criminal investigation result in criminal prosecution. If Claimants invoke their Fifth Amendment rights the government will be deprived of the ability to explore the factual basis of their claims filed with this Court.

6. Allowing the civil forfeiture case to go forward at this time would also adversely affect the government. In this forfeiture action, Claimants intend to depose the agents, but if they do so the government will object because it would reveal facts and evidence not subject to discovery under the criminal rules.

7. Claimants would be burdened by having to go forward with this civil forfeiture case while the criminal investigation is still pending.

WHEREFORE, for the foregoing reasons this action should be stayed for a period of six (6) months. At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is necessary.

Dated: February 4, 2022

Respectfully Submitted,

HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, KS 66219
913-345-9205/FAX: 913-345-4832

By: */s/ Mark E. McFarland*
Mark E. McFarland, #14138
mmcfarland@hinklaw.com
*Attorney for Claimants Joseph W. Campbell,* Laura J. Campbell, as Trustee of the Laura J. Campbell Revocable Trust, and Titan Fish Partners, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4 day of February, 2022, the above and foregoing *Unopposed Motion to Stay Civil Forfeiture Action Pending the Outcome of a Related Criminal Investigation* was filed under the above-captioned case number, and that a true and correct copy was sent to the following:

Annette Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov
ATTORNEY FOR PLAINTIFF

*/s/  Mark E. McFarland*
ATTORNEY FOR CLAIMANTS