# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DODGE VIN #1C6RR7KT5KS743006, *ET AL.*,

    Defendants.

Case No. 21-1239-HLT-ADM

## ORDER

This matter comes before the court on claimants Joseph W. Campbell; Laura J. Campbell, as trustee of the Laura J. Campbell Revocable Trust; and Titan Fish Partners, LLC's Unopposed Motion to Stay this Civil Forfeiture Case Pending the Outcome of a Related Criminal Investigation. (ECF 16.) As the motion's title indicates, the United States does not oppose the claimants' request for a stay of this case pending the outcome of a related criminal investigation.

The decision to stay proceedings lies within the trial court's sound discretion. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The court grants the motion as unopposed because the United States consent to the requested stay. D. KAN. RULE 7.4(b) ("Ordinarily, the court will grant [an uncontested] motion without further notice."). The court also grants the motion on its merits. The claimants explain that they seek a stay of this case because the related criminal investigation implicates the same factual allegations and, if this case proceeds, claimants will be placed in a difficult position of either invoking their Fifth Amendment right against self-incrimination and potentially losing their ability to pursue their claim to the defendant property or waiving their Fifth Amendment rights by submitting to depositions and potentially incriminating themselves. The claimants argue that if they are forced to litigate this case and ultimately invoke their Fifth

Amendment rights, the government will be deprived of the ability to explore their factual basis for their claims to the defendant property.

The court finds the claimants have articulated a sufficient basis to warrant a temporary stay of proceedings. Accordingly, the motion is granted insofar as the court stays this case up to and including **August 4, 2022**. If the United States or the claimants seek to maintain a stay beyond this date, they must file a motion sufficiently in advance of the stay's expiration. Conversely, if the criminal investigation concludes before August 4, the parties are directed to file a joint motion to lift the stay. The court cancels the scheduling conference set for February 25, 2022, and suspends all deadlines set out in the initial order regarding planning and scheduling. (ECF 15.)

**IT IS THEREFORE ORDERED** that the claimants' Unopposed Motion to Stay this Civil Forfeiture Case Pending the Outcome of a Related Criminal Investigation (ECF 16) is granted.

**IT IS SO ORDERED.**

Dated February 7, 2022, at Topeka, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
