IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Defendant No. 1: 2019 DODGE RAM 1500 )<br>VIN: 1C6RR7KT5KS743006; )<br>)<br>Defendant No. 2: 2017 Ford Explorer )<br>VIN: 1FM5K7D85HGB20450; )<br>)<br>Defendant No. 3: A parcel of property located at )<br>29564 HUNTER ROAD, GRAVOIS MILLS, )<br>MISSOURI, with all appurtenances, improvements )<br>and attachments thereon; )<br>)<br>Defendants. )<br>_____)<br>TITAN FISH PARTNERS, LLC, claimant to )<br>Defendant No. 1; )<br>)<br>JOSEPH W. CAMPBELL, claimant to Defendant )<br>No. 2; )<br>)<br>LAURA J. CAMPBELL REVOCABLE TRUST, )<br>Claimant to Defendant No. 3. )<br>)<br>Claimants. )<br>_____) | Case No. 21-1239-HLT-ADM |

## STATUS REPORT REGARDING CONTINUED STAY OF PROCEEDINGS

COMES NOW the United States, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and submits the following status report regarding the need for a continued stay of proceedings.

On July 22, 2022, claimants' counsel filed an unopposed motion to stay this proceeding pending the outcome of a related criminal investigation. (Doc. 19). The Court granted the motion and ordered the United States to file a status report by December 15, 2022. (Doc. 20).

The United States advises the Court that the circumstances which were the basis for the claimants' motion to stay have not changed, that is, the criminal investigation is still ongoing. Accordingly, Claimants' attorney and the United States respectfully request that the stay of this matter be continued.

The United States further advises the Court that despite the stay the parties have continued to work on this matter. Claimants, Titan Fish Partners, LLC and Joseph W. Campbell, recently provided monetary security to the Internal Revenue Service for the release of the vehicles (Defendants No. 1 and 2), which have now been released. A motion for substitution of the funds for the vehicles will be forthcoming.

Respectfully submitted,

Duston J. Slinkard
United States Attorney

/s/ Annette Gurney
Annette Gurney #11602
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481; FAX: (316) 269-6484
annette.gurney@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on the 14th day of December, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney