IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Defendant No. 1: 2019 DODGE RAM 1500 )<br>VIN: 1C6RR7KT5KS743006; )<br>)<br>Defendant No. 2: 2017 Ford Explorer )<br>VIN: 1FM5K7D85HGB20450; )<br>)<br>Defendant No. 3: A parcel of property located at )<br>29564 HUNTER ROAD, GRAVOIS MILLS, )<br>MISSOURI, with all appurtenances, improvements )<br>and attachments thereon; )<br>)<br>Defendants. )<br>_____)<br>TITAN FISH PARTNERS, LLC, claimant to )<br>Defendant No. 1; )<br>)<br>JOSEPH W. CAMPBELL, claimant to Defendant )<br>No. 2; )<br>)<br>LAURA J. CAMPBELL REVOCABLE TRUST, )<br>Claimant to Defendant No. 3. )<br>)<br>Claimants. )<br>_____) | Case No. 21-1239-HLT-ADM |

**STATUS REPORT REGARDING CONTINUED STAY OF PROCEEDINGS**

COMES NOW the United States, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and submits the following status report regarding the need for a continued stay of proceedings.

On July 22, 2022, claimants' counsel filed an unopposed motion to stay this proceeding pending the outcome of a related criminal investigation. (Doc. 19). The Court granted the motion and ordered the United States to file a status report by December 15, 2022. (Doc. 20). Thereafter, the United States filed

a status report on December 15, 2022, in which it advised the Court that the criminal investigation was still ongoing and the basis for the claimants' motion to stay had not changed. (Doc. 21). The Court continued the stay and on December 15, 2023, ordered the United States to file a status report by May 1, 2023. (Doc. 22).

In this report, the United States advises the Court that the circumstances which were the basis for the claimants' motion to stay have not changed, that is, the criminal investigation is still ongoing. As noted in the previous status report (Doc. 21), claimants, Titan Fish Partners, LLC and Joseph W. Campbell, provided monetary security to the Internal Revenue Service for the release of the vehicles (Defendants No. 1 and 2) and these vehicle were released. A motion for substitution of the funds for the vehicles was granted on April 28, 2023. (Doc. 24).

The United States, with the concurrence of claimants' counsel, respectfully requests that the stay of this civil forfeiture matter be continued. Both counsels will continue to confer about a possible resolution of this matter.

                                             Respectfully submitted,

                                             Kate E. Brubacher
                                             United States Attorney

                                             /s/ Annette Gurney
                                             Annette Gurney #11602
                                             Assistant United States Attorney
                                             301 N. Main, Ste. 1200
                                             Wichita, Kansas  67202
                                             (316) 269-6481; FAX: (316) 269-6484
                                             annette.gurney@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of May 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney