IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Defendant No. 1: $30,000 as substitute res for 2019 )<br>Dodge Ram 1500, VIN: 1C6RR7KT5KS743006;    )<br>)<br>Defendant No. 2: $26,000 as substitute res for 2017 )<br>Ford Explorer, VIN: 1FM5K7D85HGB20450;       )<br>)<br>Defendant No. 3: A parcel of property located at     )<br>29564 HUNTER ROAD, GRAVOIS MILLS,               )<br>MISSOURI, with all appurtenances, improvements )<br>and attachments thereon;                                             )<br>)<br>Defendants. )<br>_____ )<br>TITAN FISH PARTNERS, LLC, claimant to             )<br>Defendant No. 1;                                                        )<br>)<br>JOSEPH W. CAMPBELL, claimant to Defendant  )<br>No. 2;                                                                          )<br>)<br>LAURA J. CAMPBELL REVOCABLE TRUST,    )<br>Claimant to Defendant No. 3.                                     )<br>)<br>Claimants. )<br>_____ ) | Case No. 21-1239-HLT-ADM |

**STATUS REPORT REGARDING CONTINUED STAY OF PROCEEDINGS**

COMES NOW the United States, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and submits the following status report regarding the need for a continued stay of proceedings.

I.  NATURE OF THE CASE

On July 22, 2022, claimants' counsel filed an unopposed motion to stay this proceeding pending the outcome of a related criminal investigation. (Doc. 19). The Court granted the motion and ordered the

United States to file a status report by December 15, 2022. (Doc. 20). Thereafter, the United States filed a status report on December 15, 2022, in which it advised the Court that the criminal investigation was still ongoing and the basis for the claimants' motion to stay had not changed. (Doc. 21). The Court continued the stay and on December 15, 2023, ordered the United States to file a status report by May 1, 2023. (Doc. 22).

On April 28, 2023, the United States filed its Motion to Substitute Defendants No. 1 and 2 because claimants, Joseph W. Campbell and Titan Fish Partners, LLC, had paid funds to the Internal Revenue Service for the release of these two defendants. (Doc. 23). The Court granted this motion and the caption of the case now reflects the substitution of the funds for Defendants No. 1 and 2. (Doc. 24). On May 1, 2023, the United States filed its status report, and the Court granted the mutual request of the parties to continue the stay. (Doc. 25, 26)

II.     CURRENT STATUS

In this report, the United States advises the Court that the circumstances which were the basis for the claimants' motion to stay have not changed, that is, the criminal investigation is still ongoing. The undersigned has been advised by the Assistant United States Attorney assigned to the criminal investigation that the filter of the data obtained from the search warrant has been completed, and the investigation is wrapping up. The United States, with the concurrence of claimants' counsel, respectfully requests that the stay of this civil forfeiture matter be continued. Both counsels will continue to confer about a possible resolution of this matter.

Respectfully submitted,

Kate E. Brubacher
United States Attorney

/s/ Annette Gurney
Annette Gurney #11602
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas  67202
(316) 269-6481; FAX: (316) 269-6484
annette.gurney@usdoj.gov

3

**CERTIFICATION OF SERVICE**

I hereby certify that on the 30th day of September 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney