IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>            Plaintiff,    )<br>)<br>   v.    )<br>)<br>Defendant No. 1: $30,000 as substitute res for 2019 )<br>Dodge Ram 1500, VIN: 1C6RR7KT5KS743006;    )<br>)<br>Defendant No. 2: $26,000 as substitute res for 2017 )<br>Ford Explorer, VIN: 1FM5K7D85HGB20450;    )<br>)<br>Defendant No. 3: A parcel of property located at    )<br>29564 HUNTER ROAD, GRAVOIS MILLS,    )<br>MISSOURI, with all appurtenances, improvements )<br>and attachments thereon;    )<br>)<br>Defendants.    )<br>_____)<br>TITAN FISH PARTNERS, LLC, claimant to    )<br>Defendant No. 1;    )<br>)<br>JOSEPH W. CAMPBELL, claimant to Defendant )<br>No. 2;    )<br>)<br>LAURA J. CAMPBELL REVOCABLE TRUST,    )<br>Claimant to Defendant No. 3.    )<br>)<br>            Claimants.    )<br>_____) | Case No. 21-1239-HLT-ADM |

## STATUS REPORT REGARDING CONTINUED STAY OF PROCEEDINGS

COMES NOW the United States, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and submits the following status report regarding the need for a continued stay of proceedings.

I.    NATURE OF THE CASE

On July 22, 2022, claimants' counsel filed an unopposed motion to stay this proceeding pending the outcome of a related criminal investigation. (Doc. 19). The Court granted the motion and ordered the

United States to file a status report by December 15, 2022. (Doc. 20). Thereafter, the United States filed a status report on December 15, 2022, in which it advised the Court that the criminal investigation was still ongoing and the basis for the claimants' motion to stay had not changed. (Doc. 21). The Court continued the stay and on December 15, 2023, ordered the United States to file a status report by May 1, 2023. (Doc. 22).

On April 28, 2023, the United States filed its Motion to Substitute Defendants No. 1 and 2 because claimants, Joseph W. Campbell and Titan Fish Partners, LLC, had paid funds to the Internal Revenue Service for the release of these two defendants. (Doc. 23). The Court granted this motion and the caption of the case now reflects the substitution of the funds for Defendants No. 1 and 2. (Doc. 24). On May 1, 2023, the United States filed its status report, and the Court granted the mutual request of the parties to continue the stay. (Doc. 25, 26). On September 30, 2023, the United States files its status report, and the Court granted the mutual request of the parties to continue the stay. (Doc. 27, 28).

II.     CURRENT STATUS

The criminal investigation has concluded, and the Assistant United States Attorney assigned to the investigation has advised that he is preparing a proposed information and plea offer to submit to claimant Joseph W. Campbell and his counsel for consideration. Noting that the Court cautioned in its October 3, 2023, order that it was unlikely to grant a further extension of the stay, the parties would respectfully make a request for a sixty-day extension to allow for pre-indictment, plea negotiations. Should the Court decline the parties' last request for a sixty-day stay, the parties would respectfully request that the Court not set the time for the Parties Planning Conference for sixty days.

Respectfully submitted,

Kate E. Brubacher
United States Attorney

/s/ Annette Gurney
Annette Gurney #11602

2

Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481; FAX: (316) 269-6484
annette.gurney@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on the 1st day of March 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will provide electronic copies of this pleading to the counsel of record.

/s/Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney