IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　)<br>Defendant No. 1: $30,000 as substitute res for 2019 )<br>Dodge Ram 1500, VIN: 1C6RR7KT5KS743006;　)<br>Et al.,　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　) | Case No. 21-1239-HLT-ADM |

### CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES

COMES NOW the United States, by and through Kate E. Brubacher, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and, although exempt from initial disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1)(B), notifies the Court that on this day was served the United States' initial disclosures upon counsel for the claimants.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Kate E. Brubacher
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Annette Gurney
　　　　　　　　　　　　　　　　　　Annette Gurney #11602
　　　　　　　　　　　　　　　　　　301 N. Main, Ste. 1200
　　　　　　　　　　　　　　　　　　Wichita, KS  67202
　　　　　　　　　　　　　　　　　　(316) 269-6481
　　　　　　　　　　　　　　　　　　Fax: (316) 269-6484
　　　　　　　　　　　　　　　　　　Annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on June 3, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for claimant. Additionally, a copy of the foregoing was emailed to Lindsey Freihoff at lfreihoff@hinklaw.com.

/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
