UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:21-cv-1239-HLT-ADM ) ) |
| DEFENDANT NO. 1: $30,000 AS SUBSTITUTE RES FOR 2019 DODGE RAM 1500, ET AL., | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

COME NOW Lindsey R. Freihoff of Hinkle Law Firm LLC, and enters her appearance on behalf of Joseph W. Campbell, Titan Fish Partners, LLC and Laura J. Campbell, Trustee of the Laura J. Campbell Revocable Trust ("Claimants").

Respectfully submitted,

Hinkle Law Firm LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219
913-345-9205/Fax: 913-345-4832

By: */s/ Lindsey R. Freihoff*
Lindsey R. Freihoff, #28560
Mark E. McFarland, #14138
mmcfarland@hinklaw.com
*Attorneys for Claimants*
*Joseph W. Campbell,*
*Titan Fish Partners, LLC and*
*Laura J. Campbell, Trustee of the Laura J.*
*Campbell Revocable Trust*