IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Defendant No. 1: $30,000 as substitute res for 2019 ) | Case No. 21-1239-HLT-ADM |
| Dodge Ram 1500, VIN: 1C6RR7KT5KS743006; ) | |
| ) | |
| Defendant No. 2: $26,000 as substitute res for 2017 ) | |
| Ford Explorer, VIN: 1FM5K7D85HGB20450; ) | |
| ) | |
| Defendant NO. 3: A parcel of property located at ) | |
| 29564 HUNTER ROAD, GRAVOIS MILLS, ) | |
| MISSOURI, with all appurtenances, improvements ) | |
| And attachments thereon; ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| JOSEPH W. CAMPBELL, ) | |
| ) | |
| Claimant. ) | |

**CERTIFICATE OF SERVICE OF CLAIMANT JOSEPH W. CAMPBELL'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

COMES NOW, Claimant Joseph W. Campbell ("Claimant"), by and through his counsel of record and notifies the Court that on this day was served upon counsel for plaintiff, the following:

Answers to Plaintiff's First Set of Interrogatories.
Campbell documents bates numbered (Campbell00001 – Campbell00014)
Tax Information Authorization Form 8821

Respectfully submitted,

HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas  66219-8197
913-345-9205/ FAX: 913-345-4832


By:     /s/ Mark E. McFarland
Mark E. McFarland, #14138
mmcfarland@hinklaw.com
Lindsey R. Freihoff, #28560
lfreihoff@hinklaw.com
*Attorneys for Claimants*

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of records.  Additionally, a copy of the foregoing was emailed to Annette Gurney at Annette.gurney@usdoj.gov .

/s/ Mark E. McFarland
Mark E. McFarland
*Attorneys for Claimants*