IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**DEFENDANT NO. 1:** $30,000, as substitute res for 2019 Dodge Ram 1500 VIN: 1C6RR7KT5KS743006,<br><br>**DEFENDANT NO. 2:** $26,000, as substitute res 2017 Ford Explorer, VIN: 1FM5K7D85HGB20450,<br><br>**DEFENDANT NO. 3:** A parcel of property located at 29564 HUNTER ROAD, GRAVOIS MILLS, MISSOURI, with all appurtenances, improvements, and attachments thereon.<br><br>    Defendants,<br><br>    and<br><br>**LAURA J. CAMPBELL REVOCABLE TRUST**<br><br>    Claimant. | Case No. 6:21-cv-01239-HLT |

## ORDER DISMISSING DEFENDANT NO. 3

The United States moves the Court to dismiss Defendant No. 3. It advised that it has filed a Notice of Release of Lis Pendens on the property, that the Laura J. Campbell Revocable Trust is the only claimant to Defendant No. 3, and that the trustee does not object to dismissal. The Court has reviewed the record and law and GRANTS the motion (Doc. 44). The Court order that Defendant No. 3 is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: October 11, 2024                  /s/ *Holly L. Teeter*
                                                  HOLLY L. TEETER
                                                  UNITED STATES DISTRICT JUDGE