

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>21-CV-01239-HLT |
|---|---|
| DEFENDANT<br>Def. No. 1: 2019 Dodge Ram 1500, et al | TYPE OF PROCESS<br>Amended Complaint, Warrant, and Notice of Action |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>U.S. Small Business Administration, Office of Disaster Assistance |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>Attn: Executive Office,      Fort Worth, TX 76155 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Annette Gurney<br>Assistant United States Attorney<br>301 N. Main, Suite 1200<br>Wichita, Kansas 67202 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 2 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 2 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please send a copy of the Amended Complaint, Warrant, and Notice of Action via U.S. Mail, and U.S. Mail, Certified, Return Receipt Requested, to the party listed above.

| Signature of Attorney or other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NO.<br>316-269-6481 | DATE<br>12/28/21 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ☐ AM ☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>[signature] SPECIAL AGENT/AFC IRS-CI | | |

**REMARKS:** SENT TO ADDRESS SHOWN ABOVE VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED ON 1/6/22

TD F 90-22.48   (6/96)