IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**DEFENDANT NO. 1: $30,000 as substitute res for 2019 Dodge Ram 1500,**<br>**VIN: 1C6RR7KT5KS743006,**<br><br>**DEFENDANT NO. 2: $26,000 as substitute res for 2017 Ford Explorer,**<br>**VIN: 1FM5K7D85HGB20450, and**<br><br>**DEFENDANT NO. 3: A parcel of property located at 29564 HUNTER ROAD, GRAVOIS MILLS, MISSOURI, with all appurtenances, improvements, and attachments thereon, (dismissed)**<br><br>    Defendants. | Case No. 6:21-cv-01239-HLT-ADM |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE FOR DEFENDANTS NO. 1 AND 2**

The United States of America moves under Fed. R. Civ. P. 55(b)(2) for entry of default judgment and a final order of forfeiture as to Defendants No. 1 and 2. The United States notes that Joseph W. Campbell and Titan Fish Partners, LLC have withdrawn their claims. The Court also reviewed the record and applicable law. The Court GRANTS the motion (Doc. 59) and enters the following orders.

THE COURT ORDERS that all persons having an interest in Defendants No. 1 and 2 are hereby in default for failing to claim or otherwise defend such interest before this Court and their interests are extinguished.

THE COURT FURTHER ORDERS that a default judgment is entered and that Defendants No. 1 and 2 are hereby forfeited to the United States under 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C). No other parties or persons shall have any interest in Defendants No. 1 and 2, and the United States shall dispose of these defendants according to law.

IT IS SO ORDERED.

Dated: February 3, 2025        /s/ *Holly L. Teeter*
                                                          HOLLY L. TEETER
                                                          UNITED STATES DISTRICT JUDGE